HARRY F. COWARD, Respondent, v. BARNETH SATULOFF, Appellant.— Judgment and order reversed on the law and a new trial granted, with costs to the appellant to abide the event. Memorandum: The trial court erred in charging the jury to the effect·that negligence of the defendant would defeat his defense based on fraud (*Angerosa* v. *White Co.*, 248 App. Div. 425) and in granting respondent's request to charge " that if the defendant paid interest of $600 on or about April 3, 1933, with a knowledge of the existence of such mortgage, the jury must find a verdict for the plaintiff;" payment of interest under such circumstances constituting merely evidence to be considered by the jury on the question. (*Hall* v. *Grays*, 227 App. Div. 337; *Potts* v. *Lambie*, 138 id. 144.) The trial court properly ruled that the plaintiff had the right to open and close the case (*L. O. N. Bank* v. *Judson*, 122 N. Y. 278, 284; *Van Vliet* v. *Kanter*, 139 App. Div. 603; *Usefof* v. *Herzenstein*, 65 Misc. 45) and properly granted plaintiff's motion to dismiss defendant's second defense and counterclaim. (Pers. Prop. Law, § 31; *Sophie* v. *Ford*, 230 App. Div. 568.) All concur. (The judgment is for plaintiff in an action on a promissory note. The order denies a motion for a new trial on the minutes.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

ETHEL COLLOPY REYNOLDS, Respondent, v. NATIONAL CHAUTAUQUA COUNTY BANK, Individually and as Trustee by Succession of the Last Will and Testament of WILLIAM BROADHEAD, Deceased, Appellant.— Judgment affirmed, with costs, payable by the defendant individually. All concur, Sears, P. J., not voting. (The judgment is for plaintiff in an action to compel defendant bank to pay alimony awarded to plaintiff from the income of a trust fund established for plaintiff's husband.) Present —Sears, P. J., Edgcomb, Thompson, Lewis and Cunningham, JJ.

ETHEL COLLOPY REYNOLDS, Respondent, v. NATIONAL CHAUTAUQUA COUNTY BANK, Individually and as Trustee by Succession of the Last Will and Testament of WILLIAM BROADHEAD, Deceased, Defendant, A. HARRISON REYNOLDS, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur, Sears, P. J., not voting. (The order denies motion to vacate judgment in favor of plaintiff and to allow plaintiff's husband to intervene, in an action to compel defendant bank to pay alimony to plaintiff from the income of a trust fund established for plaintiff's husband.) Present — Sears, P. J., Edgcomb, Thompson, Lewis and Cunningham, JJ.

HAROLD SCHOENTHAL, Appellant, Respondent, v. CARROLL BROTHERS, INCORPORATED, Respondent, and DONNER-GOETZ, INCORPORATED, Appellant.— Judgment affirmed, with costs in favor of plaintiff against Donner-Goetz, Inc., and in favor of Carroll Brothers, Inc., against plaintiff. All concur. (The judgment affirms a Buffalo City Court judgment in favor of plaintiff and against one defendant and reverses a judgment against the other defendant dismissing the complaint against it, in an action on a contract for work, labor and services performed.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.